IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:20-cr-16J |
| ) | |
| MATTHEW MICHAEL WALTER ) | |

**Position of Defendant with Respect to Sentencing Factors**

AND NOW comes the defendant, Matthew Michael Walter, by his attorney, Assistant Federal Public Defender Christopher B. Brown, and pursuant to Fed. R. Crim. P. 32(f), U.S.S.G. § 6A1.2(b), and LCrR 32(C)(4), respectfully presents the following Position of Defendant with Respect to Sentencing Factors:

1. Mr. Walter and undersigned counsel have received the Presentence Report ("PSR") prepared in this matter and have had the opportunity to review its contents together.

2. Additionally, pursuant to LCrR 32, counsel has pursued Administrative Resolution with U.S. Probation Officer ("USPO") Stacy Y. Miller and Assistant United States Attorney Maureen Sheehan-Balchon. Specifically, counsel certifies that he has communicated with opposing counsel and the USPO in a good faith effort to resolve any disputed matters.

3.     After Administrative Resolution undersigned counsel does not have any objections to the PSR.

                                                  Respectfully submitted,

                                                  **s\ Christopher B. Brown**
                                                  Christopher B. Brown
                                                  Assistant Federal Public Defender
                                                  PA I.D. No. 85117