IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 3:20-cr-16 |
| ) | |
| MATTHEW MICHAEL WALTER ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon, Assistant United States Attorney for said District, and pursuant to Local Criminal Rule 32.1(D) of the Local Rules of this Court, respectfully represents as follows:

1. The Government received the Presentence Report for Matthew Michael Walter, and subsequently conferred with United States Probation Officer, Stacy Y. Miller, and Defense Counsel, Christopher B. Brown, Assistant Federal Public Defender, regarding the contents of the Presentence Report.

2. Pursuant to the Sentencing Guidelines, the parties agree that paragraph 16 should be amended to include that the adjusted base offense level should be lowered by a total of 3 levels, pursuant to USSG 3E1.1, Acceptance of Responsibility. Therefore, the parties agree that the total offense level is 30.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney
PA ID No. 317227

*/s/ Maureen Sheehan-Balchon*
MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059

## CERTIFICATION

I hereby certify that I have previously discussed the above matters with the probation officer and counsel for Defendant. The government has no objections and has adopted the findings of the Presentence Report.

Dated December 22, 2021            */s/ Maureen Sheehan-Balchon*
                                   MAUREEN SHEEHAN-BALCHON
                                   Assistant U.S. Attorney
                                   319 Washington Street, Suite 200
                                   Johnstown, PA 15901
                                   Phone: (814) 533-4547
                                   Fax:    (814) 533-4545
                                   Email: maureen.sheehan-balchon@usdoj.gov
                                   PA ID No. 78059