IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CR No. 3:20-16 |
| | : | |
| vs. | : | |
| | : | |
| MATTHEW MICHAEL WALTER | : | |
| Defendant | : | |

HEARING:  Sentencing on February 11, 2022

Before Judge Kim R. Gibson

| | |
|---|---|
| Maureen Sheehan-Balchon, AUSA | Christopher B. Brown, AFPD |
| Appear for Plaintiff | Appear for Defendant |
| | |
| Hearing Began: 1:33 p.m. | Hearing Ended: 2:23 p.m. |
| | |
| CRD  Debbie Gorgone | Stenographer  Shirley Hall |

This was the time and place set for Sentencing in this case.  Counsel entered their appearances.  Defendant sworn.  This hearing was conducted by Zoom Videoconference. Defendant previously plead Guilty to Count 2 of the Indictment.  Sentencing guidelines and sentencing options given.  Defendant was sentenced to 120 months of imprisonment.  Upon release from imprisonment, the Defendant shall be on supervised release for a term of 10 years. Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment.  Defendant shall make restitution in the amount of $12,000; $3,000 to each of the four victims.  Defendant shall forfeit to the United States the properties which are identified in the plea agreement and the forfeiture allegation.  Defendant shall pay to the United States a Special Assessment of $100, which shall be paid to the United States District Court Clerk forthwith. Defendant shall remain detained pending designation by the Bureau of Prisons.  Defendant's appeal rights given.